# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ELMER DWAYNE JAMES,           | CASE NO. 11-CV-1910 - IEG (NLS) |
|---|---|
| Petitioner, | **ORDER:** |
| vs. | **(1) ADOPTING IN FULL REPORT AND RECOMMENDATION;** |
| | [Doc. No. 18] |
| MATTHEW CATE, Secretary, | **(2) DENYING PETITION FOR WRIT OF HABEAS CORPUS; AND** |
| | [Doc. No. 1] |
| Respondent. | **(3) DENYING CERTIFICATE OF APPEALABILITY** |

Before the Court is Petitioner Elmer Dwayne James's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 ("the Petition"). [Doc. No. 1.] Petitioner was convicted of first degree robbery in San Diego County Superior Court and sentenced to five years in state prison. [*Id.* at 2-3.] He claims that his appointed counsel's failure to object to or appeal the decision at trial not to grant immunity to a prospective defense witness violated his Sixth Amendment right to the effective assistance of counsel. [*Id.* at 6.]

The Court referred the matter to Magistrate Judge Nita L. Stormes, who issued a Report and Recommendation ("R & R") recommending that the Petition be denied. [Doc. No. 18.] The R & R concludes that the Petition should be denied because the sole claim presented is procedurally defaulted and without merit. [*See id.* at 2.] The time for filing objections to the R & R expired on

1  July 31, 2012. [*See id.* at 28]  Petitioner has not filed any objections.

## DISCUSSION

The Court reviews *de novo* those portions of the R & R to which objections are made. 28 U.S.C. § 636(b)(1).  The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*  However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo <u>if objection is made</u>, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original).  "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Id.*

In this case, the time for filing objections to the R & R passed over a month ago and Petitioner has not filed any objections.  Accordingly, the Court may adopt the R & R on that basis alone. *See id.*  Having reviewed the Petition, Respondent's Answer, [Doc. No. 17], and the R & R, the Court hereby approves and **ADOPTS IN FULL** the R & R.  *See* 28 U.S.C. § 636(b)(1).

## CONCLUSION

Having reviewed the R & R and there being no objections, the Court **ADOPTS IN FULL** the R & R and **DENIES** the Petition.  The Court also **DENIES** a certificate of appealability because Petitioner has not "made a substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2).

**IT IS SO ORDERED.**

**DATED:**      September 13, 2012

**IRMA E. GONZALEZ**
**United States District Judge**